

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00216-CV

**IN THE INTEREST OF J.A.J.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2025EM500173
Honorable Eric J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: August 6, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due June 23, 2025 and was not filed. On July 3, 2025, we ordered appellant to file, by July 17, 2025: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant has not filed a brief or otherwise responded to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM